| | AUSA: | Terrence Haugabook | Telephone: (313) 226-9157 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer: | Patrick Cecile, FBI | Telephone: (313) 815-4643 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Deshawn BONNER | Case: 2:22-mj-30139<br>Assigned To : Unassigned<br>Assign. Date : 3/16/2022<br>Description: RE: SEALED MATTER<br>(EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 08, 2021_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2118(b) | Robberies and Larcenies Involving Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patrick Cecile, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 16, 2022__

City and state: __Detroit, MI__

_____
*Judge's signature*

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## INTRODUCTION

1.     Your affiant, TFO Patrick Cecile has been employed as a Wayne State University Police Officer for eight years and I have been assigned to the Federal Bureau of Investigation Violent Crime Task Force (VCTF) as a Task Force Officer since September 2019. During this time, I have investigated federal violations concerning crimes of violence, firearms, and narcotics. I have gained experience through training and everyday work related to these types of investigations.

2.     As a Task Force Officer, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated in Title 18, United States Code, Section 2516. I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3.     The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience. Because this affidavit is being submitted for the limited purpose of

securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Deshawn BONNER violated 18 U.S.C. § 2118(b) (Robberies and Burglaries Involving Controlled Substances).

## PROBABLE CAUSE

4.      The FBI is investigating Deshawn BONNER (D.O.B. XX/XX/1994) for suspected violations of 18 U.S.C. § 2118(b) (Robberies and Larcenies Involving Controlled Substances). A person violates 18 U.S.C. § 2118(b) when he or she without authority, enters or attempts to enter, or remains in, the business premises or property of a person registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act (21 U.S.C. 822) with the intent to steal any material or compound containing any quantity of a controlled substance.

5.      On November 08, 2021, at 4:50 am, Detroit Police responded to Walgreens (22380 Moross Rd, Detroit, MI) for a verified alarm without code at the location. As officers were arriving to the area, they observed a white Cadillac Escalade driving through the parking lot with their lights off, despite the dark conditions and lack of daylight to early morning hours.

6.      After observing the Cadillac Escalade fleeing the area with its lights turned off, Detroit Police attempted to conduct a vehicle stop of the suspect vehicle. At this time, the suspect vehicle fled at a very high rate of speed resulting in a vehicle pursuit through neighborhoods, highways, over lawns, and into oncoming traffic before the suspect vehicle crashed into a tree-line at the intersection of Haverhill and Nottingham.

7.      Pursuing officers observed two suspects flee from the vehicle on foot and a foot pursuit ensued. During the foot pursuit, officers lost view of the suspects, and with the assistance of additional officers, established a perimeter around the area where the suspects were last seen.

8.      Officers continued to search the area on foot and located the suspect wearing all black, later identified as Deshawn BONNER, laying inside the detached garage of 10220 Greensboro St., and placed him under arrest. BONNER provided police with the name Cornell Greenfield during arrest and booking. "Greenfield" was positively as identified as Deshawn BONNER during the LiveScan fingerprint booking process. Officers then discovered the second suspect, later identified as Ian WALTER, laying inside the detached garage of 10226 Greensboro St., attempting to hide behind a wheelchair, and placed him under arrest. WALTER refused to provide his name to police but his State identification was discovered in his phone case during his arrest.

3









9.      Detroit Police confirmed that the Cadillac Escalade was stolen and impounded the vehicle. Prior to impound, police conducted an inventory search and discovered various prescription bags, pill bottles, and liquid medications in the front seats. There was one black glove recovered from the driver's floorboard and multiple crowbars/handheld construction tools throughout the vehicle. Police also recovered a green trashcan filled with prescription bags and bottles located on the rear floorboard. Detroit Evidence Technicians photographed all evidence, including narcotics, in place before returning the stolen narcotics to Walgreens.



6





10.     Detroit Police also photographed the victim business and discovered

the suspects attempted to enter the locked cabinet which contained specific

controlled substance/narcotics (photographs below showing damage and pry

7

marks). FBI TFO John Cozzi and FBI Special Agent Matthew Allwes spoke with pharmacy staff on March 7, 2022, and confirmed that the cabinet pictured below contained various controlled substances and scheduled narcotics before, during, and after the break-in.





8



11.    Affiant reviewed CCTV footage from Walgreens which included interior and exterior cameras. In reviewing the footage, affiant observed three suspects (BONNER, WALTER, and an unknown suspect, hereinafter referred to as S3) arrive behind the business in the white Cadillac Escalade. BONNER was the driver of the vehicle. BONNER and WALTER were seen on camera attaching a chain to the vehicle and using it to force entry to the business. In the last photograph above preceding paragraph 10, a chain is seen on the rear seat of the stolen Escalade.



12.     Once the exterior door was forced open, WALTER and S3 entered the

building and ran directly to the pharmacy area of the store, where they forced entry

into the secured area. WALTER and S3 were seen on camera smashing cash

registers, stealing money that was contained within said registers, and attempting

to enter into the locked cabinet containing the controlled substances.

10





11

13.   While WALTER and S3 were inside the pharmacy area, BONNER

remained near the Escalade. BONNER entered and exited the building numerous

times, all the while, holding a cell phone near his head, as if using it to either

communicate with the individuals inside the Walgreens or listen to police scanners.





12

14.    At the time of their arrest, BONNER and WALTER were wearing the same clothing and footwear that they are seen wearing on CCTV footage from Walgreens. See photos below.

 

[Photograph of Deshawn BONNER]          [Photograph of Ian WALTER]

15.    Affiant made contact with Walgreens' Regional Loss Prevention on March 9, 2022 and was provided with a complete list of the prescription drugs. The total attempted loss of prescription medication in US Dollars was $7,621.17. None of the successfully stolen prescription drugs were controlled substances. Loss

13

Prevention is still gathering information for a total cost of damages done to physical property such as the building and cabinet securing the controlled substances which was attempted to be broken into.

16.    In reviewing a compiled criminal history for BONNER, I discovered that he has been charged with several felonies to include various controlled substance violations, firearms violations, breaking and entering, assault/obstruct/resist police, and misdemeanors to include traffic offenses. BONNER was convicted of felony weapons charges on June 10, 2016. BONNER was convicted of felony-controlled substances on February 15, 2017. BONNER had two felonies that were deferred under HYTA; March 28, 2012 – Felony Home Invasion 2nd Degree and August 7, 2012 – Felony Assault/Obstruct/Resist Police.

[Intentionally Left Blank]

14

## **CONCLUSION**

17.    Based on the foregoing, there is probable cause to believe that

**Deshawn BONNER** has violated 18 U.S.C. § 2118(b) (Robberies and Larcenies

Involving Controlled Substances).

Respectfully submitted,

TFO Patrick Cecile
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. David R Grand
United States Magistrate Judge

Date: March 16, 2022

15